**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR J. MEZA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R.W. SMITH,<br><br>　　　　　　Respondent. | Case No. 5:19-cv-01629-SSS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition ("SAP") [Dkt. 42], records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge [Dkt. 36]. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner Hector Meza has objected. For the following reasons, the Court ACCEPTS the findings and recommendation of the Magistrate Judge.

　　　　In his Objections, Meza states argues that he should be granted habeas relief as to Ground One because "CALCRIM No. 301 violated [his] rights to due process, a jury trial, and [to] present a defense." [Dkt. 42 at 7]. He further contends that he should be granted habeas relief as to Grounds Two through Nineteen because there was ineffective assistance of counsel due to:

    1) Failure to present the preliminary hearing transcript of Jonathan Zuniga and subpoena him in Meza's trial;

    2) Failure to present letter and testimony of Juan Carlos Montero;

    3) Failure to present letter and testimony of Michael Olave;

    4) Failure to subpoena and present the testimony of Carlos Casillas;

    5) Failure to present a California driver's license to exculpate Meza of the crime;

    6) Failure to present blood splatter expert testimony;

    7) Failure to present DNA expert testimony to conduct testing of the blue jeans;

    8) Failure to present photogrammetry expert testimony;

    9) Failure to present police reports that would have established that there was no DNA evidence or fingerprints recovered from Petitioner's vehicle belonging to the three guys Ramirez said were with Petitioner in his vehicle;

    10) Failure to present police reports which contained statements from Diana Ceniceros that Hector Meza has tattoos;

    11) Failure to present police reports that would have established that Petitioner's fingerprints were not found on the SUV belonging to Genesis Ramirez;

    12) Failure to present evidence contained in the murder book;

    13) Failure to move the court for an evidentiary hearing pursuant to Remmer regarding improper juror contact with third party; and

    14) Failure to file a Pitches motion.

[Dkt. 42 at 8–42][1]. Because Meza's Objections are not responsive to the Magistrate Judge's R&R, the Court rejects Meza's Objections and accepts the R&R.

---

[1] Meza's Objections only include fourteen grounds as opposed to nineteen.

| | |
|---|---|
| 1 | The Magistrate Judge found that Meza was not entitled to habeas relief as to Ground One because it was a claim of instructional error rather than a claim of violations of federal law, the Constitution, or treaty. [Dkt. 36 at 17]. The Magistrate Judge further found that Meza was not entitled to habeas relief as to Grounds Two through Nineteen as they are procedurally defaulted. [Dkt. 36 at 15–16]. Meza's Objections discuss only the merits of his claims without ever addressing the Magistrate Judge's procedural conclusions. Having reviewed the Magistrate Judge's procedural conclusions, the Court finds that Meza is not entitled to habeas relief as to Ground One and Grounds Two through Nineteen. |

**IT IS THEREFORE ORDERED** that Judgment be entered **DENYING** the Second Amended Petition and **DISMISSING THIS ACTION WITH PREJUDICE.**

Date: January 4, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE