JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR J. MEZA,<br><br>             Petitioner,<br><br>  v.<br><br>R.W. SMITH,<br><br>             Respondent. | Case No. 5:19-cv-01629-SSS (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the Second Amended Petition is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

Dated: January 4, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE